**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE HOPE COLLEGE DATA SECURITY BREACH LITIGATION | : : : : | Case No. 1-22-cv-01224-PLM<br><br>**CONSOLIDATED ACTION** |

## STIPULATION FOR EXTENTION OF RESPONSE TIME

**WHEREAS**, Plaintiffs filed their Consolidated Amended Class Action Complaint on March 17, 2023;

**WHEREAS**, Defendant Hope College's response to the Consolidated Class Action Complaint is currently due on May 1, 2023;

**WHEREAS**, the Parties have met and conferred to discuss the briefing schedule in this case;

**WHEREAS**, the Parties believe that the requested extension is the interest of both Parties and in the interest of justice.

**WHEREAS,** no Case Management Order has yet been entered and the requested extension will not delay the litigation of this matter;

**WHEREAS**, this is the first extension requested in this matter;

The Parties hereby submit this stipulation that Defendant Hope College may respond to the Consolidated Class Action Complaint on or before **May 14, 2023** and respectfully request that this Honorable Court approve the same. A proposed order granting this relief is submitted herewith as Exhibit A.

| | |
|---|---|
| */s/Benjamin F. Johns* | */s/Jill H. Fertel* |
| Benjamin F. Johns<br>Shub & Johns LLC<br>*Attorneys for Plaintiff* | Jill H. Fertel<br>Cipriani & Werner PC<br>*Attorneys for Defendant* |

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE HOPE COLLEGE DATA SECURITY BREACH LITIGATION | : : : : | Case No. 1-22-cv-01224-PLM<br><br>**CONSOLIDATED ACTION** |

### ORDER GRANTING THE PARTIES' STIPULATION FOR EXTENTION OF RESPONSE TIME

Upon the Stipulation of the Parties here and Court being otherwise fully advised in the premises, IT IS HEREBY ORDERED that the time for Defendant to file an answer or otherwise respond to the Consolidated Class Action Complaint is extended to May 14, 2023.

IT SO ORDERED on this _____ day of _____, 2023

_____
Hon. Paul L. Maloney
United States District Judge

96149\313396345.v1