UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE HOPE COLLEE DATA
SCURITY BREACH LITIGATION,

Case No. 1:22-cv-1224

HONORABLE PAUL L. MALONEY

_____/

### ORDER REGARDING AGREED UPON MEDIATOR

On May 30, 2023, a Notice was filed stating the parties have selected Bennett G. Picker, Esq. as the agreed upon mediator (ECF No. 19). The proposed mediator does not appear on the list of court certified mediators. The Court, however, will approve the parties' selection as the facilitative mediator for this case. All rules of this court regarding the administration of Alternative Dispute Resolution shall be followed.

**IT IS SO ORDERED.**

Dated: May 31, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge