UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE HOPE COLLEGE DATA
SECURITY BREACH LITIGATION

_____/

Case No. 1:22-cv-1224

HONORABLE PAUL L. MALONEY

CONSOLIDATED ACTION

## ORDER REGARDING CLOSING DOCUMENTS AND LIFTING STAY

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 22) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that the Stay is LIFTED.

**IT IS FURTHER ORDERED** that appropriate closing documents shall be filed with the Court no later than **September 8, 2023**.

Dated:  August 10, 2023

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge