## Index of Exhibits

A.     Declaration of Benjamin F. Johns in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

B.     Declaration of Cameron R. Azari, Esq. on Implementation and Adequacy of Settlement Notice Plan

C.     April 8, 2024 email correspondence from Christopher Billquist

D.     Order Granting Final Approval - proposed

E.     Final Judgment and Order of Dismissal - proposed